# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAFIK VARTANPOUR,

        Plaintiff,

vs.

D.W. NEVEN, et al.,

        Defendants.

Case No. 2:15-cv-00951-JAD-CWH

**ORDER**

    This inmate civil-rights case arises out of a dispute regarding whether Nevada state prison staff improperly opened Plaintiff Rafik Vartanpour's mail from the Netherlands Consulate General outside of his presence. On September 7, 2017, the court entered an order granting Plaintiff Rafik Vartanpour's motion for appointment of an attorney. (Order (ECF No. 74).) On September 8, 2017, the parties participated in a settlement conference. (Mins. of Proceedings (ECF No. 75).) The settlement conference will be reconvened on November 17, 2017, at 9:00 a.m., at which time the parties will engage in further negotiations. In light of its previous order granting Plaintiff's request for an attorney, the court hereby refers this case to the court's pro bono program.

    IT IS ORDERED that this case is referred to the Pro Bono Program under General Order 2016-02 for the purpose of identifying an attorney willing to be appointed as a pro bono attorney for Plaintiff Rafik Vartanpour. The scope of the appointment will be for representing Plaintiff to the conclusion of this case.

    IT IS FURTHER ORDERED that the Clerk of Court must forward this order to the Pro Bono Liaison.

DATED: September 11, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**