# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAFIK VARTANPOUR, | |
|       Plaintiff, | Case No. 2:15-cv-00951-JAD-CWH |
| vs. | **ORDER** |
| D.W. NEVEN, et al., | |
|       Defendants. | |

Presently before the court is plaintiff Rafik Vartanpour's motion for contempt (ECF No. 81), filed on January 22, 2018. Defendants filed a response (ECF No. 82) on February 1, 2018. Vartanpour filed a reply (ECF No. 83) on February 9, 2018. The parties reached a settlement of this case at the settlement conference held on March 30, 2018. (Mins. of Proceedings (ECF No. 86).) The court therefore will deny Vartanpour's motion for contempt as moot.

IT IS SO ORDERED.

DATED: April 4, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**