ADAM PAUL LAXALT
  Attorney General
FRANK A. TODDRE (Bar No. 11474)
  Deputy Attorney General
ERIN L. ALBRIGHT (Bar No. 9953)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3149 (phone)
(702) 486-3773 (fax)
ftoddre@ag.nv.gov
ealbright@ag.nv.gov
Attorneys for Defendants Neven,
Howell, and Calderwood

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAFIK VARTANPOUR,<br><br>    Plaintiff,<br><br>vs.<br><br>D.W. NEVEN, et al.,<br><br>    Defendants. | Case No. 2:15-cv-00951-JAD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS**<br><br>ECF No. 88 |

Plaintiff, Rafik Varanpour, appearing *pro* se, and Defendants, Neven, Howell and Calderwood, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Frank A. Toddre II, Senior Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 4th day of May, 2018.

DATED this 16 day of May, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
RAFIK VARTANPOUR
*Plaintiff, Pro Se*

By: _____
FRANK A. TODDRE II (Bar No. 11474)
Senior Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation **[ECF No. 88]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 23, 2018